**FILED**

NOV 30 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Request from Thailand Pursuant to the Treaty Between the Government of the Kingdom of Thailand and the Government of the United States of America on Mutual Assistance in Criminal Matters in the Matter of Cannon Pacific Co., Ltd. and Mr. Ekachai Mahaguna | 2:10-mc-118 MCE EFB |

ORDER

Upon application of the United States, and upon review of the Request from Thailand dated July 2010 seeking evidence under the Treaty Between the Government of the Kingdom of Thailand and the Government of the United States of America on Mutual Assistance in Criminal Matters (the "Treaty"), for use in a criminal investigation, prosecution, or procedure related to the prosecution in Thailand, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty and 18 U.S.C. § 3512, as well as this Court's inherent authority, that Assistant United States Attorney Michele Beckwith is appointed as commissioner (the "commissioner") of this Court and hereby directed to execute the

Treaty Request and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

1. May issue commissioner's subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and produce evidence located within the United States;

2. Shall provide notice with respect to the collection of evidence to those persons identified in the Request as parties to whom notice should be given (and no notice to any other party shall be required);

3. Shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution or other proceeding in Thailand for which the Ministry of Justice, Department of Special Investigation, has requested assistance, which procedures may be specified in the Request or provided by or with the approval of the Ministry of Justice Department of Special Investigation;

4. May, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Thailand who, as authorized or directed by the commissioner, may direct questions to any witness;

5. May seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

6. Shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that Office for transmission to Thailand; and,

7. May provide copies of the evidence collected to persons identified in the Request as parties to whom such copies should be given (and to no other persons).

IT IS FURTHER ORDERED that any person from whom the commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by

motion timely filed with this Court, a copy of which shall be provided contemporaneously to the commissioner.

IT IS FURTHER ORDERED that the application and this order shall be maintained under seal unless and until this Court orders otherwise. Notwithstanding this order's filing and maintenance under seal, the commissioner may disclose copies of this order as necessary to accomplish the purposes of the Request.

                                              HON. EDMUND F. BRENNAN
                                              U.S. MAGISTRATE JUDGE

Dated: 11-29, 2010