BENJAMIN B. WAGNER
United States Attorney
Michele Beckwith
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2787

**FILED**

NOV 30 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# SEALED

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE: Request from Thailand
Pursuant to the Treaty Between the
Government of the Kingdom of
Thailand and the Government of the
United States of America on Mutual
Assistance in Criminal Matters in
the Matter of Cannon Pacific Co., Ltd.
and Mr. Ekachai Mahaguna
_____/



2:10-mc-118 MCE EFB

For the reasons set forth in the accompanying Application for Order Pursuant to the Treaty On Mutual Assistance in Criminal Matters and Title 18, United States Code, Section 3512 (the "Application") in the above-captioned proceeding, the United States requests that the Application and supporting documents filed therewith be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by this Court.

Date: _November 29_, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Michele Beckwith
Michele Beckwith
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE: Request from Thailand
Pursuant to the Treaty Between the
Government of the Kingdom of
Thailand and the Government of the
United States of America on Mutual
Assistance in Criminal Matters  in
the Matter of Cannon Pacific Co., Ltd.
and Mr. Ekachai Mahaguna
_____/

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: 11-29-2010

HON. EDMUND F. BRENNAN
United States Magistrate Judge