FILED
MAY 04 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Request from Thailand Pursuant to the Treaty Between the Government of the Kingdom of Thailand and the Government of the United States of America on Mutual Assistance in Criminal Matters in the Matter of Cannon Pacific Co., Ltd. and Mr. Ekachai Mahaguna | Case No: 2:10-mc-118 MCE EFB<br><br>ORDER RE: REQUEST TO UNSEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents previously filed under seal in the above-captioned proceeding be unsealed.

Date: May 4, 2011

HON. EDMUND F. BRENNAN
United States Magistrate Judge